UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
2023 NOV 13 PM 1:13
US DISTRICT COURT
EASTERN DIST. TENN.

Cody Ryan Murphy )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )        3:23 mc 43

v. )

Hamilton County )
Sherriffs office )
_____ )
(Enter above the NAME of each
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES (✓) NO ( )

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: Cody Ryan Murphy

         Defendants: Hamilton County Sherriffs office

1

2. COURT: (If federal court, name the district; if state court, name the county): Hamilton County TN.

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending

6. Approximate date of filing lawsuit: 6-13-23

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Silverdale detention facility

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? Complaints against staff and support Services both grievances

2. What was the result? None of help or solution and or no response

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? Wanted a complete investigation and statement was told to shut my mouth

2

2. What was the result? Was told to hush up to shut it

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Cody Ryan Murphy

Present address: 7609 Standerdford gap rd. 37412 Chatt. TN

Permanent home address: 46 Amy rd. Signal Mnt. TN.

Address of nearest relative: N/A

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: employer refused full id/ last name Smith

Official position: Hamilton Co. Court house / Marshal

Place of employment: Hamilton Co. Sheriffs office

C. Additional defendants: Johnson / busch / ingram, burrows dont know full id of officers

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On Nov. 2nd approx 8:40 Am year 2023. i Cody Ryan Murphy was assulted

3

by staff a officer Smith punched me multipal times in face calling me swear words and yanking me around floor by restraints / hand cuffs all without co. employees or code. injuring muscles and tendant in hand throwing me down hallway then placing me against wall and prying with his foot tension on shackles/ ive never seen or experianced any treatment before.

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

to do as court sees appropiate and fit and dental be paid and "Justice".

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ~~November~~ Seventh 7th day of November, 2023.

_____
Signature of plaintiff(s)

5

Cody Ryan Murphy
Stanford Ford gap rd.
Chattanooga TN.
37412

INMATE MAIL
HCSO - Silverdale Detention Center
This letter has been mailed by an inmate.
The Hamilton County Sheriff's Office
is not responsible for the contents

RECEIVED
NOV 13 2023
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

800 Market St.
Suite 130
Knoxville TN. 37902